

**The following constitutes the order of the court.
Signed March 11, 2016**

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| In re | ) Case No. 14-44598 |
| Prajedes V. Ramirez, | ) Chapter 7 |
| Debtor. | ) |
| Marlene G. Weinstein, | ) Adv. Pro. No. 15-04037 |
| Plaintiff, | ) |
| v. | ) |
| Leticia Medina, Eliana Medina, | ) |
| Defendants. | ) |

**MEMORANDUM REGARDING DISMISSAL OF CASE**

    A hearing was held on October 21, 2015. At the hearing the parties indicated that a settlement in principal had been reached that would resolve the adversary proceeding. Marlene G.

Weinstein, the Chapter 7 Trustee ("Trustee"), filed a *Motion for Order Approving Compromise of Controversy and Opportunity for Objections* in the main bankruptcy case. An *Order Approving Trustee's Compromise of Controversy* was entered on December 17, 2015.

It appears to the Court that the adversary proceeding has been resolved completely. However, the adversary proceeding has not yet been dismissed. If the compromise approved in the main case resolved the adversary proceeding for all purposes, the Trustee should file a stipulated motion requesting dismissal of the case and upload a proposed order granting that motion. If the compromise did not resolve all of the issues raised in the *Complaint for: (1) Avoidance and Recovery of Fraudulent Transfer (1307 87th Avenue, Oakland, CA); and (2) Declaratory Relief*, the Trustee should file a status report explaining why the case should not be dismissed and suggesting a process for advancing the resolution of the adversary proceeding.

*End of Memorandum*

**Court Service List**

Eric A. Nyberg
Kornfield, Nyberg, Bendes and Kuhner
1970 Broadway #225
Oakland, CA 94612

Raymond R. Miller
Office of Raymond R. Miller
P.O. Box 2177
Castro Valley, CA 94546